UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 23-7247

**Caption [use short title]**

**Motion for:** LASALLE NATIONAL BANK ASSOCIATION

ARTICLE 13, LLC v. LASALLE NATIONAL BA

Set forth below precise, complete statement of relief sought:

An order pursuant to Fed. R. App. P. 34(b) and Local Rule 34.1(e) adjourning oral argument from October 18, 2024 to a date other than October 17, 18, 23, 24, and 25.

**MOVING PARTY:** Appellant LaSalle National Bank Association
**OPPOSING PARTY:** Appellee Article 13, LLC and Invervenor NY Attorney General

☐ Plaintiff  ☐ Defendant
☒ Appellant/Petitioner  ☐ Appellee/Respondent

**MOVING ATTORNEY:** Steven Lazar
**OPPOSING ATTORNEY:** Danielle Paula Light and Mark Grube

[name of attorney, with firm, address, phone number and e-mail]

Greenberg Traurig, LLP
900 Stewart Ave, Suite 505, Garden City, NY 11530
(212) 801-6860    steven.lazar@gtlaw.com

Danielle Paula Light - Hasbani & Light, P.C., 450 Seventh Ave, Suite 1408, NY, NY 10123
(212) 643-6677    dlight@hasbanilight.com
Mark Grube - NY Attorney General, 28 Liberty St, NY NY 10005, (212) 416-8028 Mark.Grube@ag.ny.gov

**Court- Judge/ Agency appealed from:** Hon. Hector Gonzalez, United States District Court for the Eastern District of New York

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1)?
☒ Yes  ☐ No (explain):

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  ☐ Yes ☐ No
Has this relief been previously sought in this court?  ☐ Yes ☐ No

Requested return date and explanation of emergency:

Opposing counsel's position on motion:
☒ Unopposed  ☐ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☒ No  ☐ Don't Know

Is the oral argument on motion requested?  ☐ Yes  ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  ☒ Yes  ☐ No  If yes, enter date: October 18, 2024

**Signature of Moving Attorney:**
_S. Lazar_  Date: September 5, 2024   Service: ☒ Electronic  ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| ARTICLE 13, LLC,<br><br>                              Plaintiff-Appellee,<br><br>    v.<br><br>LASALLE NATIONAL BANK ASSOCIATION,<br><br>                              Defendant-Appellant,<br><br>—and—<br><br>PONCE DE LEON FEDERAL BANK, ALLIANCE MORTGAGE BANKING CORP., VAN BUREN GROUP, INC.,<br><br>                              Defendants,<br><br>NEW YORK STATE ATTORNEY GENERAL,<br><br>                              Intervenor, | Case No. 23-7247 |

**ATTORNEY DECLARATION IN SUPPORT OF
<u>APPELLANT'S MOTION TO ADJOURN ORAL ARGUMENT</u>**

      Steven Lazar, Esq., an attorney duly admitted to practice in the courts of the State of New York and in the Court of Appeals for the Second Circuit, declares the following to be true under penalties of perjury:

      1.    I am an associate with the law firm of Greenberg Traurig, LLP, attorneys for Defendant-Appellant U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Morgan Stanley Mortgage Loan Trust 2007-2AX, Mortgage Pass-Through Certificates, Series 2007-2AX, sued herein as LaSalle National Bank Association, ("Appellant" or "U.S. Bank"), and I am fully familiar with the facts and circumstances herein.

1

2. I respectfully submit this declaration in support of Appellant's motion pursuant to Fed. R. App. P. 34(b) and Local Rule 34.1(e) to adjourn oral argument currently calendared for October 18, 2024, as I am the associate handling this appeal and will be assisting the handling partner, Patrick Broderick, at oral argument but I am not available on October 18th due to the Jewish holiday of Sukkot.

3. Appellant filed an Oral Argument Statement on April 11, 2024 notifying the Court that Patrick Broderick will be arguing on behalf of Appellant. (Dkt. 58).

4. The appeal was fully briefed on April 12, 2024. (Dkt. 59).

5. On August 26, 2024, a proposed case calendaring was scheduled for the week of October 14, 2024. (Dkt. 62).

6. On August 29, 2024, Appellant filed a notice that one of its attorneys, Steven Lazar, would be unavailable on October 16th, 17th, 24th, and 25th. (Dkt. 63). In addition, the attorney for Intervenor New York State Attorney General filed a notice of unavailability for October 23, 2024. (Dkt. 64).

7. On September 6, 2024, the Court calendared oral argument for October 18, 2024. (Dkt. 65). Appellant's attorney, Steven Lazar, immediately called the calendar department in the Clerk's Office a few minutes later to reschedule oral argument because Appellant's notice of unavailability mistakenly stated October 16th instead of October 18th. The clerk directed Appellant to file a motion requesting to adjourn oral argument.

8. Accordingly, Appellant brings the instant motion and respectfully requests that the Court adjourn oral argument to a date other than October 17th, 18th, 24th, and 25th, which are Jewish holidays, and October 23rd which attorney for Intervenor is unavailable.

**WHEREFORE**, Appellant respectfully requests that the Court grant the motion.

2

Dated: September 6, 2024
Garden City, New York

                                                    */s/ Steven Lazar*
                                                    Steven Lazar, Esq.

## CERTIFICATE OF COMPLIANCE

      This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and type-style requirements of Fed. R. App. P. 32(a)(6). This document also complied with the length limits of Fed. R. App. P. 27(d)(2) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 403 words.

Dated: September 6, 2024
Garden City, New York

                                                                        */s/ Steven Lazar*
                                                                       Steven Lazar, Esq.