# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of September, two thousand twenty-four,

Article 13 LLC,

    Plaintiff - Appellee,

v.

Central Mortgage Company, Ponce De Leon Federal Bank, Alliance Mortgage Banking Corp., Van Buren Group, Inc.,

    Defendants - Defendants,

Lasalle National Bank Association,

    Defendant - Appellant,

**ORDER**
Docket No. 23-7247

    Appellant moves to adjourn oral argument.

    IT IS HEREBY ORDERED that the motion is GRANTED. Oral argument will be rescheduled at a later date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

